# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TINA MANN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:25-cv-01706 |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

After considering Defendant, Jefferson Capital Systems, LLC's, Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion"), the Court hereby GRANTS the Motion.

IT IS ORDERED that Defendant, Jefferson Capital Systems, LLC, shall have until January 27, 2026, to respond to the Complaint.

Dated: _____

                                                            JUDGE XAVIER RODRIGUEZ
                                                            UNITED STATES DISTRICT COURT