UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TINA MANN,<br>*Plaintiff*<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br>*Defendant* | §<br>§<br>§<br>§  Case No.  SA-25-CA-01706-XR<br>§<br>§<br>§ |

## ORDER TO TRANSFER

It is hereby **ORDERED** that the above matter is **TRANSFERRED** to the docket of the Honorable Judge Micaela Alvarez. All deadlines and settings remain in place unless altered by Judge Alvarez. The Clerk shall credit this case to the percentage of business of the receiving Judge.

It is so **ORDERED**.

**SIGNED** this 6th day of January, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE