# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TINA MANN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:25-cv-01706-MA |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY WHITNEY L. WHITE

To The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that the office of the undersigned has moved to a new location, with the following address:

SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024

Please update my appearance and contact information in the above captioned matter with the above contact information. Please note that my email address, telephone number, and facsimile number remain the same.

Respectfully Submitted,

*/s/ Whitney L. White*
Whitney L. White
Texas Bar No. 24075269
SESSIONS, ISRAEL & SHARTLE, LLC
5700 Granite Pkwy., Suite 260
Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098

1

2

                                          Email: wwhite@sessions.legal

                                          *Attorney for Defendant,*
                                          *Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas, and served via CM/ECF upon the following:

Amy Beth Clark
CIMENT LAW FIRM, PLLC
221 Bella Katy Drive
Katy, Texas 77494
Telephone: (833) 663-3289
Email: amy@cimentlawfirm.com
*Attorney for Plaintiff*

                                          */s/ Whitney L. White*
                                          Whitney L. White