IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TINA MANN, | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 5:25-cv-01706-MA |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § | |
| | § | |
|     **Defendant.** | § | |

## **DEFENDANT'S ADVISORY TO THE CLERK OF COURT**

Defendant in the above-captioned case elects as follows (please select only one of the following options:

☐ I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Defendant in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

☒ I do not consent to proceed before a United States Magistrate Judge. Defendant in the above-captioned case elects not to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.


Jefferson Capital Systems, LLC
    Defendant's Name


By: *Whitney L. White*
    Whitney L. White
    Texas Bar No. 24075269
    SESSIONS, ISRAEL & SHARTLE, LLC
    5700 Granite Pkwy., Suite 260

Plano, Texas 75024
Telephone: (214) 741-3001
Facsimile: (214) 741-3098
Email: wwhite@sessions.legal

*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas, and served via CM/ECF upon the following:

Amy Beth Clark
CIMENT LAW FIRM, PLLC
221 Bella Katy Drive
Katy, Texas 77494
Telephone: (833) 663-3289
Email: amy@cimentlawfirm.com
*Attorney for Plaintiff*

>  */s/ Whitney L. White*
>  Whitney L. White

2