# UNITED STATES DISTRICT COURT
## Western District of Texas – San Antonio Division

TINA MANN                                   §
PLAINTIFF                                   §
                                            §           CASE NUMBER: : 5:25-CV-1706
                                            §
VS.                                         §
                                            §
                                            §
JEFFERSON CAPITAL SYSTEMS, LLC,             §
DEFENDANT                                   §           DEMAND FOR JURY TRIAL
                                            §
                                            §

### <u>NOTICE OF SETTLEMENT</u>

Plaintiff, **Tina Mann**, hereby notifies the Court that the parties have reached an agreement in principle to settle all claims and causes of action in the above-captioned matter.
The parties are currently in the process of finalizing a formal settlement agreement and completing the necessary exchange of documentation.

The parties anticipate filing a **Stipulation of Dismissal** with the Court within thirty (30) to sixty (60) days.

Accordingly, Plaintiff respectfully requests that the Court vacate all currently scheduled deadlines, hearings, and the jury trial setting to allow the parties to finalize the settlement.

Respectfully submitted,

*/s/ Amy Beth Clark*

_____

Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com
Attorney for Plaintiff, Tina Mann

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 18, 2026, a true and correct copy of the foregoing was served via the Court's electronic notification system on Plaintiff's attorney of record.

/s/    *Amy Beth Clark*
Amy Beth Clark