**FILED**

March 19, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **CM**

DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TINA MANN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 5:25-CV-01706-MA |
| | § | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

The Court now considers Plaintiff Tina Mann's Notice of Settlement.[1] In her filing, Plaintiff states that "the parties have reached an agreement in principle to settle all claims and causes of action . . . [and] anticipate filing a Stipulation of Dismissal with the Court within thirty (30) to sixty (60) days."[2]

To encourage timely finalization of settlement documents and filing of the stipulation of dismissal signed by all parties, the Court hereby sets a status conference **on April 21, 2026, at 1:30 p.m.** The courtroom for this conference will be assigned later, and counsel may consult the monitors in the courthouse lobby on the day of the conference for the assigned courtroom information. Should the parties fully dispose of this action on or before that date, they may notify the court by notice or by filing the appropriate motion.

IT IS SO ORDERED.
DONE this 19th day of March, 2026, in San Antonio, Texas.

_____
MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 14.
[2] Dkt. No. 14, at 1.