# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **TINA MANN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 5:25-cv-01706-MA** |
| | § | |
| **JEFFERSON CAPITAL** | § | |
| **SYSTEMS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Tina Mann, and Defendant, Jefferson Capital Systems, LLC, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Amy Beth Clark*  
*(By express permission)*  
Amy Beth Clark  
Texas Bar No. 24043761  
CIMENT LAW FIRM, PLLC  
221 Bella Katy Drive  
Katy, Texas 77494  
Telephone: (833) 663-3289  
Email: amy@cimentlawfirm.com

/s/ *Whitney L. White*  
Whitney L. White  
Texas Bar No. 24075269  
SESSIONS, ISRAEL & SHARTLE, LLC  
5700 Granite Pkwy., Suite 260  
Plano, Texas 75024  
Telephone: (214) 741-3001  
Facsimile: (214) 741-3098  
Email: wwhite@sessions.legal

*Attorney for Plaintiff,*  
*Tina Mann*

*Attorney for Defendant,*  
*Jefferson Capital Systems, LLC*

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas, and served via CM/ECF upon all parties and counsel of record.

/s/ *Whitney L. White*
Whitney L. White