## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TINA MANN, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Case No. 5:25-cv-01706-MA** |
| | § | |
| JEFFERSON CAPITAL | § | |
| SYSTEMS, LLC, | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the Stipulation of the parties, Plaintiff, Tina Mann, and Defendant, Jefferson Capital Systems, LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: _____

                                        _____
JUDGE MICAELA ALVAREZ
UNITED STATES DISTRICT COURT

1